CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Parkway, Ste. 100
Henderson, Nevada 89074
Tel:  (702) 667-3000
Fax:  (702) 697-2020
Email:  christina.wang@fnf.com
*Attorneys for Defendants*
*2014-3 IH Borrower, LP and*
*Christiana Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, A Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; BANK OF AMERICA, N.A., a National Banking Association; MERIDIAN FORECLOSURE SERVICE, a California corporation; ARNOLD DUMLAO DILAG, an individual; JOCELYN DILAG, an individual; THR NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware limited partnership; THR PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH BORROWER, LP, a Delaware limited partnership; GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation; CHRISTIANA TRUST, an unknown business entity; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:15-cv-00917-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT 11)**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Timothy E. Rhoda, Esq. of Roger P. Croteau & Associates, Ltd., counsel for LAS VEGAS DEVELOPMENT GROUP, LLC. ("Plaintiff"),  and Christina H. Wang, Esq. of Fidelity National Law Group, counsel for

2014-3 IH BORROWER, LP and CHRISTIANA TRUST (collectively "Defendants"), as follows:

**IT IS HEREBY STIPULATED AND AGREED** that Defendants' deadline to respond to Plaintiff's First Amended Complaint (DKT 11), which is currently due September 3, 2015, shall be extended to September 14, 2015.

DATED this 18th day of August, 2015.                DATED this 18th day of August, 2015.

ROGER P. CROTEAU & ASSOCIATES, LTD.                 FIDELITY NATIONAL LAW GROUP

/s/ TIMOTHY E. RHODA                                /s/ CHRISTINA H. WANG
TIMOTHY E. RHODA, ESQ.                              CHRISTINA H. WANG, ESQ.
Nevada Bar No. 7878                                 Nevada Bar No. 9713
9120 West Post Road, Suite 100                      2450 St. Rose Pkwy., Ste. 100
Las Vegas, Nevada 89148                             Henderson, Nevada 89074
*Attorneys for Plaintiff Las Vegas*                 *Attorneys for Defendants 2014-3 IH*
*Development Group, LLC*                            *Borrower LP; and Christiana Trust*

## ORDER

UPON STIPULATION of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants' deadline to respond to Plaintiff's First Amended Complaint (DKT 11) shall be extended to September 14, 2015.

**DATED** this 19th day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully submitted by:

FIDELITY NATIONAL LAW GROUP

/s/ CHRISTINA H. WANG
CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
2450 St. Rose Pkwy., Ste. 100
Henderson, Nevada 89074
*Attorneys for Defendants 2014-3 IH*
*Borrower LP; and Christiana Trust*