# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC,<br><br>　　　　　　Plaintiff(s),<br>vs.<br>2014-3 IH EQUITY OWNER, LP, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-00917-GMN-NJK<br><br>ORDER |

Pending before the Court is an order for the parties to show cause why they failed to file a discovery plan by the applicable deadline. Docket No. 26. The parties have now filed a response, indicating that they intended to seek a stay of discovery once briefing was completed on the motion to dismiss. Docket No. 27. The parties also submitted the joint motion to stay that they would be filing. *See* Docket No. 27-1. The Court hereby **DISCHARGES** the order to show cause, but reminds all counsel that they must comply with applicable deadlines in the future. The Court further **STAYS** this matter pending resolution of the motion to dismiss. In the event that the motion to dismiss is not granted in full, the parties shall file a proposed discovery plan within 10 days of the issuance of the order resolving the motion to dismiss.

　　　　IT IS SO ORDERED.

　　　　DATED: November 16, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge