# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, | Case No. 2:15-cv-00917-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| 2014-3 IH EQUITY OWNER, LP, et al., | (Docket No. 32) |
| Defendant(s). | |

Pending before the Court is a joint motion to stay discovery pending resolution of the Court's Certified Question to the Nevada Supreme Court, Docket No. 32, which is hereby **GRANTED**. Within 14 days of the resolution of that certified question, the parties shall file a joint report as to whether discovery should proceed and, if so, a schedule for doing so.

IT IS SO ORDERED.

DATED: July 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge