Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Fredrick J. Biedermann, Esq.
Nevada Bar No. 11918
fbiedermann@gerrard-cox.com
**GERRARD, COX & LARSEN**
2450 St. Rose Pkwy., Suite 200
Henderson, NV 89074
Telephone: (702) 796-4000
*Attorneys for Defendants*
*2014-1 IH Equity Owner, LP*
*THR Nevada II, LP, THR Property Borrower, LP,*
*THR Property Guarantor, LP,*
*THR Property Holdco, LP, and*
*2014-1 IH Property Holdco, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS DEVELOPMENTAL GROUP, LLC, a Nevada limited liability company <br><br> Plaintiff, <br><br> vs. <br><br> 2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; BANK OF AMERICA, na, National Banking Association; MERIDIAN FORECLOSURE SERVICE, a California Corporation; ARNOLD DUMLAO, an individual; JOCELYN DILAG, an individual; THR NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware Limited partnership; THR PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership, 2014-1 IH BORROWER, LP, a Delaware limited partnership; GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Defendants. | Case No.: 2:15-cv-00917-GMN-NJK <br><br> **STIPULATION TO CONTINUE RESPONSE DEADLINE TO BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT** <br><br> **[ECF NO. 87]** <br><br> *FIRST REQUEST* |

Defendants 2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; THR

NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware

limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware Limited partnership; THR

PROPERTY HOLDCO, LP, a Delaware limited partnership; and 2014-3 IH PROPERTY HOLDCO,

LP, a Delaware limited partnership, (referred to collectively as "Invitation Homes Defendants") and BANK OF AMERICA, N.A. ("BANA"), by and through their respective counsel of record, do hereby stipulate to extend time for Crossclaimants Invitation Homes Defendants to file their Limited Response to BANA's Motion for Summary Judgment filed September 12, 2019 (ECF No. 87).

The parties stipulate to extend time for the Invitation Homes Defendants to file its Limited Response to BANA's Motion for Summary Judgment up to and including October 10, 2019.

Dated this 3rd day of October, 2019.

**GERRARD COX LARSEN**

*/s/ Douglas D. Gerrard, Esq.*

Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Fredrick J. Biedermann, Esq.
Nevada Bar No. 11918
2450 Saint Rose Pkwy., Suite 200
Henderson, NV 89074
*Attorneys for Defendants /Crossclaimants*
*THR Nevada II, LP,*
*THR Property Borrower, LP,*
*THR Property Guarantor, LP,*
*THR Property Holdco, LP, and*
*2014-1 IH Property Holdco, LP*

Dated this 3rd day of October, 2019.

**AKERMAN, LLP**

*/s/ Scott R. Lachman, Esq.*

Darren T. Brenner, Esq.
Nevada Bar No. 8386
Scott R. Lachman, Esq.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Defendant, Cross-Defendant*
*Bank of America, N.A.*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
United States District Court

**DATED** this ___4___ day of October, 2019.

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of GERRARD COX LARSEN, and that on the 3rd day of October, 2019 and pursuant to Fed. R. Civ. P. 5, I e-served a true and correct copy of the **STIPULATION TO CONTINUE RESPONSE DEADLINE TO BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT** via the Federal Courts CM/ECF Filing System,, **and served the following parties** addressed as follows:

Roger Croteau, Esq.
Timothy Rhoda, Esq.
ROGER P. CROTEAU & ASSOCIATES, LTD.
Email: croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
*Las Vegas Development Group, LLC*

Matthew K. Schriever, Esq.
HUTCHISON & STEFFEN
Email: mschriever@hutchlegal.com
*Attorneys for Defendants,*
*2014-3IH BORROWER, LP*

Darren T. Brenner, Esq.
Scott Lachman, Esq.
AKERMAN, LLP.
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

Kanani Gonzales, an employee of
GERRARD COX & LARSEN