ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, | |
| Plaintiff, | Case No. 2:15-cv-00917-GMN-NJK |
| vs. | |
| 2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; BANK OF AMERICA, NA, a National Banking Association; MERIDIAN FORECLOSURE SERVICE, a California corporation; THR NEVADA II, LP a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware limited partnership; THR PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH BORROWER, LP, a Delaware limited partnership; GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation; CHRISTIANA TRUST, an unknown business entity; DOE individuals I through XX; and ROE CORPORATIONS I through XX, | |
| Defendants. | |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND
TO MOTIONS FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Defendant, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*),

and hereby moves for an extension of time related to Defendants' pending Motions for Summary Judgment, stating as follows:

1. On September 12, 2019, Defendants, 2014-3 IH Equity Owner, LP; THR Nevada II, LP; THR Property Borrower, LP; THR Property Guarantor, LP, THR Property Holdco, LP; and 2014-1 IH Property Holdco, LP filed a Motion for Summary Judgment herein [ECF #86]. A response to said Motion was due on October 3, 2019.

2. On September 12, 2019, Defendant, Bank of America, N.A., filed a Motion for Summary Judgment herein [ECF #87]. A response to said Motion was due on October 3, 2019.

3. When the office of LVDG's counsel received the subject Motions for Summary Judgment, it erroneously calendared the date on which Responses were to be filed. As a result, responses were not timely filed.

4. LVDG's counsel asserts that the failure to timely file the Responses was the result of excusable neglect.

5. LVDG respectfully requests that its time to respond to the Defendants' Motions for Summary Judgment [ECF #86, 87] be extended *nunc pro tunc* until October 28, 2019.

6. Counsel for LVDG has corresponded with each of the Movants' counsel and each has advised that he is not opposed to the relief requested.

//
//
//
//
//
//
//
//

7832 Marksville

7. This Motion is made in good faith and not for purpose of delay.

DATED this ___11th___ day of October, 2019.

                                          ROGER P. CROTEAU & ASSOCIATES, LTD.

                                          /s/ *Timothy E. Rhoda*
                                        ROGER P. CROTEAU, ESQ.
                                        Nevada Bar No. 4958
                                        TIMOTHY E. RHODA, ESQ.
                                        Nevada Bar No. 7878
                                        9120 West Post Road, Suite 100
                                        Las Vegas, Nevada 89148
                                        (702) 254-7775
                                        *Attorney for* **Plaintiff**
                                        **LAS VEGAS DEVELOPMENT GROUP, LLC**

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
United States District Court

**DATED** this __18__ day of October, 2019.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___11th___ day of October, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Matthew K Schriever
HUTCHISON & STEFFEN
10080 W ALTA DR, STE 200
LAS VEGAS, NV 89145
702-385-2500
702-385-2086 (fax)
mschriever@hutchlegal.com
*Attorneys for Defendants*
*2014-3 IH Borrower, LP,*
*German American Capital*
*Corporation and Christiana Trust*

William Shane Habdas
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
william.habdas@akerman.com
*Attorney for Defendant*
*Bank of America, N.A.*

Darren T Brenner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Defendant*
*Bank of America, N.A.*

Scott Robert Lachman
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5021
scott.lachman@akerman.com
*Attorney for Defendant*
*Bank of America, N.A.*

Douglas D. Gerrard
Gerrard, Cox & Larsen
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
702-796-4000
702-796-4848 (fax)
dgerrard@gerrard-cox.com
*Attorneys for Defendants*
*2014-3 IH Equity Owner, LP,*
*2014-3 IH Property Holdco, LP,*
*THR Nevada II, LP, THR Property*
*Borrower, LP, THR Property*
*Guarantor, LP and THR Property*
*Holdco, LP*

Fredrick J. Biedermann
Gerrard, Cox & Larsen
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
702-796-4000
702-796-4848 (fax)
fbiedermann@gerrard-cox.com
*Attorneys for Defendants*
*2014-3 IH Equity Owner, LP,*
*2014-3 IH Property Holdco, LP,*
*THR Nevada II, LP, THR Property*
*Borrower, LP, THR Property*
*Guarantor, LP and THR Property*
*Holdco, LP*

John T Steffen
Hutchison & Steffen, LLC
10080 W. Alta Drive
Suite 200
Las Vegas, NV 89145
702-385-2500
702-385-2086 (fax)
jsteffen@hutchlegal.com
*Attorneys for Defendants*
*2014-3 IH Borrower, LP,*
*German American Capital*
*Corporation and Christiana Trust*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.