ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
LAS VEGAS DEVELOPMENT GROUP, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> 2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; BANK OF AMERICA, NA, a National Banking Association; MERIDIAN FORECLOSURE SERVICE, a California corporation; THR NEVADA II, LP a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware limited partnership; THR PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH BORROWER, LP, a Delaware limited partnership; GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation; CHRISTIANA TRUST, an unknown business entity; DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Defendants. | Case No.  2:15-cv-00917-GMN-NJK |

**STIPULATION TO EXTEND TIME TO RESPOND
TO MOTIONS FOR SUMMARY JUDGMENT**
**(Second Request)**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, and

Defendants, 2014-3 IH EQUITY OWNER, LP, CHRISTIANA TRUST, 2014-3 IH BORROWER, LP, 2014-3 IH PROPERTY HOLDCO, LP, THR NEVADA II, LP, THR PROPERTY BORROWER, LP, THR PROPERTY GUARANTOR, LP, and THR PROPERTY HOLDCO, LP, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On September 12, 2019, Defendants, 2014-3 IH Equity Owner, LP; THR Nevada II, LP; THR Property Borrower, LP; THR Property Guarantor, LP, THR Property Holdco, LP; and 2014-1 IH Property Holdco, LP filed a Motion for Summary Judgment herein [ECF #86]. A response to said Motion is presently due on October 28, 2019, pursuant to this Court's Order dated October 18, 2019 [ECF #98].

2. On September 12, 2019, Defendant, Bank of America, N.A., filed a Motion for Summary Judgment herein [ECF #87]. A response to said Motion is presently due on October 28, 2019, pursuant to this Court's Order dated October 18, 2019 [ECF #98].

3. In addition, certain joinders have been filed. [ECF #88, 89].

4. On October 23, 2019, this Court directed that the parties participate in a settlement conference on January 28, 2020. [ECF #100].

5. Plaintiff's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the subject Motions which has detracted from the time available prepare a response. Plaintiff's counsel has further been ill for the better part of the last week.

6. In addition, the parties desire to explore settlement in advance of the settlement conference that is scheduled to take place on January 28, 2020, before expending additional resources.

7. Based upon the foregoing, the parties hereto stipulate and agree that Plaintiff shall have an additional period of time until November 18, 2019, in which to respond to the Defendants' pending Motions for Summary Judgment [ECF #86, 87], and to

the extent necessary the Joinders associated therewith [ECF #88, 89].

8. This Stipulation is made in good faith and not for purpose of delay.

Dated this 28th day of October, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | HUTCHISON & STEFFEN |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Plaintiff*** <br> ***Las Vegas Development Group, LLC*** | /s/ *Matthew K. Schriever* <br> MATTHEW K SCHRIEVER, ESQ. <br> Nevada Bar No. 10745 <br> 10080 W ALTA DR, STE 200 <br> LAS VEGAS, NV 89145 <br> 702-385-2500 <br> 702-385-2086 (fax) <br> mschriever@hutchlegal.com <br> ***Attorneys for Defendants*** <br> ***2014-3 IH Borrower, LP,*** <br> ***German American Capital*** <br> ***Corporation and Christiana Trust*** |
| AKERMAN LLP | GERRARD, COX & LARSEN |
| /s/ *Scott Robert Lachman* <br> SCOTT ROBERT LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> 702-634-5021 <br> scott.lachman@akerman.com <br> ***Attorney for Defendant*** <br> ***Bank of America, N.A.*** | /s/ *Fredrick J. Biedermann* <br> FREDRICK J. BIEDERMANN, ESQ. <br> Nevada Bar No. 11918 <br> 2450 St. Rose Parkway, Suite 200 <br> Henderson, NV 89074 <br> 702-796-4000 <br> 702-796-4848 (fax) <br> fbiedermann@gerrard-cox.com <br> ***Attorneys for Defendants*** <br> ***2014-3 IH Equity Owner, LP,*** <br> ***2014-3 IH Property Holdco, LP,*** <br> ***THR Nevada II, LP, THR Property*** <br> ***Borrower, LP, THR Property*** <br> ***Guarantor, LP and THR Property*** <br> ***Holdco, LP*** |

**IT IS SO ORDERED**

By: _____
Gloria M. Navarro, District Judge
United States District Court

Dated this 13 day of November, 2019.

Page 3 of 4

7832 Marksville

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___28th___ day of October, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT (Second Request)** to the following parties:

Matthew K Schriever
HUTCHISON & STEFFEN
10080 W ALTA DR, STE 200
LAS VEGAS, NV 89145
702-385-2500
702-385-2086 (fax)
mschriever@hutchlegal.com
*Attorneys for Defendants*
*2014-3 IH Borrower, LP,*
*German American Capital*
*Corporation and Christiana Trust*

William Shane Habdas
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
william.habdas@akerman.com
*Attorney for Defendant*
*Bank of America, N.A.*

Darren T Brenner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Defendant*
*Bank of America, N.A.*

Scott Robert Lachman
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5021
scott.lachman@akerman.com
*Attorney for Defendant*
*Bank of America, N.A.*

Douglas D. Gerrard
Gerrard, Cox & Larsen
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
702-796-4000
702-796-4848 (fax)
dgerrard@gerrard-cox.com
*Attorneys for Defendants*
*2014-3 IH Equity Owner, LP,*
*2014-3 IH Property Holdco, LP,*
*THR Nevada II, LP, THR Property*
*Borrower, LP, THR Property*
*Guarantor, LP and THR Property*
*Holdco, LP*

Fredrick J. Biedermann
Gerrard, Cox & Larsen
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
702-796-4000
702-796-4848 (fax)
fbiedermann@gerrard-cox.com
*Attorneys for Defendants*
*2014-3 IH Equity Owner, LP,*
*2014-3 IH Property Holdco, LP,*
*THR Nevada II, LP, THR Property*
*Borrower, LP, THR Property*
*Guarantor, LP and THR Property*
*Holdco, LP*

John T Steffen
Hutchison & Steffen, LLC
10080 W. Alta Drive
Suite 200
Las Vegas, NV 89145
702-385-2500
702-385-2086 (fax)
jsteffen@hutchlegal.com
*Attorneys for Defendants*
*2014-3 IH Borrower, LP,*
*German American Capital*
*Corporation and Christiana Trust*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

Page 4 of 4

7832 Marksville