**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, | Case No.: 2:15-cv-00917-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| 2014-3 IH EQUITY OWNER, LP, et al., | |
| Defendant(s). | |

Due to conflicting duties of the Court, the settlement conference is **CONTINUED** in time only to <u>1:00 p.m.</u> on January 28, 2020.

IT IS SO ORDERED.

Dated: January 17, 2020

_____
Nancy J. Koppe
United States Magistrate Judge