# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAS VEGAS DEVELOPMENT GROUP, LLC,

    Plaintiff(s),

v.

2014-3 IH EQUITY OWNER, LP, et al.,

    Defendant(s).

Case No.: 2:15-cv-00917-GMN-NJK

**Order**

[Docket No. 105]

Pending before the Court is an unopposed motion to continue the settlement conference, Docket No. 105, which is **GRANTED**. The settlement conference is **CONTINUED** to 9:30 a.m. on March 6, 2020. Settlement statements must be submitted by 3:00 p.m. on February 28, 2020.

IT IS SO ORDERED.

Dated: January 21, 2020

Nancy J. Koppe
United States Magistrate Judge