Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Fredrick J. Biedermann, Esq.
Nevada Bar No. 11918
fbiedermann@gerrard-cox.com
**GERRARD, COX & LARSEN**
2450 St. Rose Pkwy., Suite 200
Henderson, NV 89074
Telephone: (702) 796-4000
*Attorneys for Defendants*
*2014-1 IH Equity Owner, LP*
*THR Nevada II, LP, THR Property Borrower, LP,*
*THR Property Guarantor, LP,*
*THR Property Holdco, LP, and*
*2014-1 IH Property Holdco, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENTAL GROUP, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; BANK OF AMERICA, na, National Banking Association; MERIDIAN FORECLOSURE SERVICE, a California Corporation; ARNOLD DUMLAO, an individual; JOCELYN DILAG, an individual; THR NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware Limited partnership; THR PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership, 2014-1 IH BORROWER, LP, a Delaware limited partnership; GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:15-cv-00917-GMN-NJK<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS AND BRIEFING ON BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT CONCERNING THR NEVADA'S CROSSCLAIMS AGAINST BANK OF AMERICA** |

Defendants 2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; THR NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware Limited partnership; THR

PROPERTY HOLDCO, LP, a Delaware limited partnership; and 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership, (referred to collectively as "Invitation Homes Defendants") and BANK OF AMERICA, N.A. ("BANA"), by and through their respective counsel of record, do hereby hereby stipulate and agree as follows:

1. WHEREAS, on September 12, 2019, Invitation Homes Defendants filed a Motion for Summary Judgment [ECF No. 86] (the "First Motion") against Plaintiff Las Vegas Development Group, LLC ("Plaintiff"), arguing that the Court should grant summary judgment in their favor and against the Plaintiff, for various reasons.

2. WHEREAS, on September 12, 2019, BANA filed a Motion for Summary Judgment [ECF No. 87] (the "Second Motion") against Plaintiff Las Vegas Development Group, LLC ("Plaintiff"), arguing the that the Court should grant summary judgment in their favor and against the Plaintiff, for various reasons.

3. WHEREAS, BANA also moved the Court to dismiss the Invitation Homes Defendants cross-claims', which include claims for unjust enrichment and negligent misrepresentation, as set forth in Sub-Section F of the Second Motion's Legal Argument Section.

4. A response by Invitation Homes Defendant to the Second Motion related to its crossclaims was due on October 3, 2019. A response to the Second Motion is presently due on October 23, 2019, pursuant to this Court's Order dated October 18, 2019 [ECF No. 97] granting the Stipulation between Invitation Homes Defendants and BANA [ECF No. 94]

5. On October 23, 2019, this Court ordered that the parties participate in a settlement conference on January 28, 2020. [ECF No. 100].

6. WHEREAS, Invitation Homes Defendants and BANA agree that Invitation Homes Defendants' cross-claims are contingent upon the outcome of the First Motion and Second Motion and shall be deemed moot in event the Court grants either the First Motion and/or the Second Motion.

7. WHEREAS, the Invitation Homes Defendants and BANA agree that all proceedings on Invitation Homes Defendants' cross-claims should be stayed until after the settlement conference scheduled for January 28, 2020.

8. WHEREAS, the Invitation Homes Defendants and BANA agree that the First Motion and Second Motion should continue to proceed as scheduled, subject to separate stipulations made between Invitation Homes Defendants, BANA, and the Plaintiff relating only to Plaintiff's claims against Invitation Homes Defendants and BANA.

9. NOW THEREFORE, to avoid unnecessary litigation and expense, Invitation Homes Defendants and BANA hereby agree to stay further proceedings and briefing on BANA Second Motion that *relate only* to Invitation Homes Defendants cross-claims against BANA, as contained in Sub-Section F of the Second Motion's Legal Argument Section.

10. This Stipulation is made in good faith and not for purpose of delay.

Dated this 28th day of October, 2019.

**GERRARD COX LARSEN**

*/s/ Douglas D. Gerrard, Esq.*

Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Fredrick J. Biedermann, Esq.
Nevada Bar No. 11918
2450 Saint Rose Pkwy., Suite 200
Henderson, NV 89074
*Attorneys for Defendants /Crossclaimants
THR Nevada II, LP,
THR Property Borrower, LP,
THR Property Guarantor, LP,
THR Property Holdco, LP, and
2014-1 IH Property Holdco, LP*

Dated this 28th day of October, 2019.

**AKERMAN, LLP**

*/s/ Scott R. Lachman, Esq.*

Darren T. Brenner, Esq.
Nevada Bar No. 8386
Scott R. Lachman, Esq.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Defendant, Cross-Defendant
Bank of America, N.A.*

**ORDER**

**IT IS HEREBY ORDERED** that the above Stipulation to Stay Proceedings and Briefing on BANA's Motion for Summary Judgment Concerning THR Nevada's Cross-claims Against BANA, (ECF No. 102), is **GRANTED**.

Because the settlement conference has been continued to March 6, 2020, **IT IS FURTHER ORDERED** that Invitation Homes Defendants and BANA (collectively, the "parties") shall have until March 9, 2020, to file a joint status report updating the Court on the status of Invitation Homes Defendants' cross-claims against BANA and how the parties intend to proceed.

**DATED** this 14 day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

3

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of GERRARD COX LARSEN, and that on the 28th day of October, 2019 and pursuant to Fed. R. Civ. P. 5, I e-served a true and correct copy of the **STIPULATION AND ORDER TO STAY PROCEEDINGS AND BRIEFING ON BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT CONCERNING THR NEVADA'S CROSSCLAIMS AGAINST BANK OF AMERICA** via the Federal Courts CM/ECF Filing System,**, and served the following parties** addressed as follows:

Roger Croteau, Esq.
Timothy Rhoda, Esq.
ROGER P. CROTEAU & ASSOCIATES, LTD.
Email: croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
*Las Vegas Development Group, LLC*

Matthew K. Schriever, Esq.
HUTCHISON & STEFFEN
Email: mschriever@hutchlegal.com
*Attorneys for Defendants,*
*2014-3IH BORROWER, LP*

Darren T. Brenner, Esq.
Scott Lachman, Esq.
AKERMAN, LLP.
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

/s/ Kanani Gonzales
Kanani Gonzales, an employee of
GERRARD COX & LARSEN