Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Fredrick J. Biedermann, Esq.
Nevada Bar No. 11918
fbiedermann@gerrard-cox.com
**GERRARD, COX & LARSEN**
2450 St. Rose Pkwy., Suite 200
Henderson, NV 89074
Telephone: (702) 796-4000
*Attorneys for Defendants*
*2014-1 IH Equity Owner, LP*
*THR Nevada II, LP, THR Property Borrower, LP,*
*THR Property Guarantor, LP,*
*THR Property Holdco, LP, and*
*2014-1 IH Property Holdco, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENTAL GROUP, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; BANK OF AMERICA, na, National Banking Association; MERIDIAN FORECLOSURE SERVICE, a California Corporation; ARNOLD DUMLAO, an individual; JOCELYN DILAG, an individual; THR NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware Limited partnership; THR PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership, 2014-1 IH BORROWER, LP, a Delaware limited partnership; GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:15-cv-00917-GMN-NJK<br><br>**STIPULATION TO CONTINUE RESPONSE DEADLINE TO BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[ECF NO. 87]**<br><br>*THIRD REQUEST* |

Defendants 2014-3 IH BORROWER, LP, a Delaware limited partnership 2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; THR NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware Limited partnership; THR PROPERTY HOLDCO, LP, a Delaware

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

limited partnership; and 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership, (referred to collectively as "Invitation Homes Defendants") and BANK OF AMERICA, N.A. ("BANA"), by and through their respective counsel of record, do hereby hereby stipulate and agree as follows:

1.      WHEREAS, on September 12, 2019, Invitation Homes Defendants filed a Motion for Summary Judgment [ECF No. 86] (the "First Motion") against Plaintiff Las Vegas Development Group, LLC ("Plaintiff"), arguing that the Court should grant summary judgment in their favor and against the Plaintiff, for various reasons.

2.      WHEREAS, on September 12, 2019, BANA filed a Motion for Summary Judgment [ECF No. 87] (the "Second Motion") against Plaintiff Las Vegas Development Group, LLC ("Plaintiff"), arguing the that the Court should grant summary judgment in their favor and against the Plaintiff, for various reasons.

3.      WHEREAS, BANA also moved the Court to dismiss the THR Nevada II's cross-claims, which include claims for unjust enrichment and negligent misrepresentation, as set forth in Sub-Section F of the Second Motion's Legal Argument Section.

4.      WHEREAS, on October 23, 2019, this Court ordered that the parties participate in a settlement conference on January 28, 2020. [ECF No. 100].  The Settlement Conference was later continued to March 6, 2020 by Order of the Court [ECF No. 106] in response to an Unopposed Request To Continue Settlement Conference [ECF No. 105].

5.      WHEREAS, on October 28, 2019, BANA and the Invitation Homes Defendants entered into a Stipulation and Order to Stay Proceedings and Brief on BANA's Motion for Summary Judgment concerning THR Nevada II's cross-claims. [ECF No. 102].

6.      WHEREAS, on February 14, 2020, this Court entered an Order confirming the Stipulation to stay proceedings and briefing on BANA's Motion For Summary Judgment.  The Court further ordered that BANA and the Invitation Homes Defendants file a Joint Status Report on how the parties intend to proceed following the Settlement Conference. [ECF No. 107].

7.      WHEREAS, on March 6, 2020, a Settlement Conference was held between the

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

Plaintiff, BANA and the Invitation Homes Defendants but no settlement was reached with the Plaintiff.

8.    On March 25, 2020, Plaintiff Las Vegas Development Group filed its Response (ECF No. 113) to the First Motion and its Response (ECF No. 114) to the Second Motion.

9.    On March 25, 2020, this Court entered an Order (ECF No. 115) denying the First Motion and the Second Motion.  The Order stated that "BANA shall file its response to Purchaser Defendants' Motion for Summary Judgment, (ECF No. 86), within fourteen (14) days from entry of this Order."  The Order inadvertently names BANA as the party to respond to a motion for summary judgment as it was BANA that moved to dismiss the THR Nevada II's cross-claims in the Second Motion.

10.   Due to confusion that initially arose over the language in the Order and due to issues that have arisen a result of the COVID-19 Coronavirus, the parties stipulate to extend time for THR Nevada II to file its Limited Response to BANA's Motion for Summary Judgment up to and including **April 30, 2020.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

11.    This Stipulation is made in good faith and not for purpose of delay.

Dated this 8th day of April, 2020.        Dated this 8th day of April, 2020.

**GERRARD COX LARSEN**                  **AKERMAN, LLP**

*/s/ Douglas D. Gerrard, Esq.*          */s/ Scott R. Lachman, Esq.*
_____        _____
Douglas D. Gerrard, Esq. (4613)        Darren T. Brenner, Esq. (8386)
Fredrick J. Biedermann, Esq. (11918)   Scott R. Lachman, Esq. (12016)
2450 Saint Rose Pkwy., Suite 200       1635 Village Center Circle, Suite 200
Henderson, NV  89074                   Las Vegas, NV 89134
*Attorneys for Defendants /Crossclaimants*  *Attorneys for Defendant, Cross-Defendant*
*THR Nevada II, THR Property Borrower*      *Bank of America, N.A.*
*THR Property Guarantor, THR Property*
*Holdco and 2014-1 IH Property Holdco*

                                        Dated this 8th day of April, 2020.

                                        **HUTCHISON & STEFFEN, PLLC**

                                        */s/ Matthew K. Schriever, Esq.*
                                        _____
                                        John T. Steffen (4390)
                                        Matthew K. Schriever (10745)
                                        Peccole Professional Park
                                        10080 West Alta Drive, Suite 200
                                        Las Vegas, NV 89145
                                        *Attorneys for Defendant 2014-3 IH Borrower*

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation to Continue Response Deadline to Bank of America's Motion for Summary Judgment Concerning THR Nevada II's Cross-claims Against BANA (ECF No. 118) until **April 30, 2020** is **GRANTED.**

Dated this  13  day of April, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of GERRARD COX LARSEN, and that on the 8th day of April, 2020 and pursuant to Fed. R. Civ. P. 5, I e-served a true and correct copy of the **STIPULATION TO CONTINUE RESPONSE DEADLINE TO BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT** via the Federal Courts CM/ECF Filing System, and served the following parties addressed as follows:

Roger Croteau, Esq.
Timothy Rhoda, Esq.
ROGER P. CROTEAU & ASSOCIATES, LTD.
Email: croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
*Las Vegas Development Group, LLC*

Matthew K. Schriever, Esq.
HUTCHISON & STEFFEN
Email: mschriever@hutchlegal.com
*Attorneys for Defendants,*
*2014-3IH BORROWER, LP*

Darren T. Brenner, Esq.
Scott Lachman, Esq.
AKERMAN, LLP.
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

-

Kanani Gonzales, an employee of
GERRARD COX & LARSEN

5