1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   2810 W. Charleston Blvd., #75
4  Las Vegas, Nevada 89102
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  *Attorney for Plaintiff*
   **LAS VEGAS DEVELOPMENT GROUP, LLC**

7
                   UNITED STATES DISTRICT COURT
8
                      DISTRICT OF NEVADA
9
                             ***
10
   LAS VEGAS DEVELOPMENT GROUP, LLC, )
11  a Nevada limited liability company,    )
                                          )
12              Plaintiff,    )    Case No.    2:15-cv-00917-GMN-NJK
                                          )
13  vs.                                   )
                                          )
14  2014-3 IH EQUITY OWNER, LP, a Delaware )
    limited partnership; BANK OF AMERICA, )
15  NA, a National Banking Association;    )
    MERIDIAN FORECLOSURE SERVICE, a       )
16  California corporation; THR NEVADA II, LP a )
    Delaware limited partnership; THR      )
17  PROPERTY BORROWER, LP, a Delaware      )
    limited partnership; THR PROPERTY      )
18  GUARANTOR, LP, a Delaware limited      )
    partnership; THR PROPERTY HOLDCO, LP, a )
19  Delaware limited partnership; 2014-3 IH )
    PROPERTY HOLDCO, LP, a Delaware limited )
20  partnership; 2014-3 IH BORROWER, LP, a )
    Delaware limited partnership; GERMAN   )
21  AMERICAN CAPITAL CORPORATION, a       )
    Maryland corporation; CHRISTIANA TRUST, )
22  an unknown business entity; DOE individuals I )
    through XX; and ROE CORPORATIONS I    )
23  through XX,                            )
                                          )
24              Defendants. )
   _____ )
25
         **STIPULATION TO EXTEND DEADLINE FOR PRETRIAL ORDER**
26                          **(First Request)**

27         COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, and

28
                            Page 1 of 4

7832 Marksville

Defendants, BANK OF AMERICA, N.A., 2014-3 IH EQUITY OWNER, LP, CHRISTIANA TRUST, 2014-3 IH BORROWER, LP, 2014-3 IH PROPERTY HOLDCO, LP, THR NEVADA II, LP, THR PROPERTY BORROWER, LP, THR PROPERTY GUARANTOR, LP, THR PROPERTY HOLDCO, LP and GERMAN AMERICAN CAPITAL CORPORATION, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1.  On March 25, 2020, this Court entered an Order [ECF #115] denying certain summary judgment motions filed by the Defendants as they relate to the Plaintiffs. The briefing of said motions was previously stayed as between the Defendants and their crossclaims and response(s) are presently due by April 30, 2020. [ECF #119].  Pursuant to its Order, this Court further directed that the case be referred to the Magistrate Judge for a settlement conference. [ECF #115].

2.  On March 26, 2020, Magistrate Judge Koppe entered an Order scheduling a settlement conference to take place on July 21, 2020, at 9:30 a.m.  [ECF #116].

3.  Pursuant to the discovery plan on file herein [ECF #74] and LR 26-1(e)(5), a joint pretrial order is to be filed within 30 days after a decision on dispositive motions is entered.

4.  As discussed above, the currently pending dispositive motions have not yet been fully resolved.   Furthermore, the matter is presently scheduled for a settlement conference on July 21, 2020, which could conceivably resolve this matter.

5.  Based upon the foregoing, the parties hereto hereby stipulate and agree that the deadline to file a pretrial order herein shall be extended until 15 days after the settlement conference is concluded or 30 days after an order is entered which fully resolves the pending motions for summary judgment herein, whichever is later. This will allow the parties and the Court to conserve and/or devote their resources towards settlement efforts.

//

//

//

7832 Marksville

6.     This Stipulation is made in good faith and not for purpose of delay.

Dated this ____24th____ day of April, 2020.

ROGER P. CROTEAU &
   ASSOCIATES, LTD.                                   HUTCHISON & STEFFEN


/s/ Timothy E. Rhoda                                  /s/ Matthew K. Schriever
TIMOTHY E. RHODA, ESQ.                                MATTHEW K SCHRIEVER, ESQ.
Nevada Bar No. 7878                                   Nevada Bar No. 10745
2810 W. Charleston Blvd., #75                         10080 W ALTA DR, STE 200
Las Vegas, Nevada 89102                               LAS VEGAS, NV 89145
(702) 254-7775                                        702-385-2500
croteaulaw@croteaulaw.com                             702-385-2086 (fax)
*Attorney for Plaintiff*                              mschriever@hutchlegal.com
*Las Vegas Development Group, LLC*                    *Attorneys for Defendants*
                                                      *2014-3 IH Borrower, LP,*
                                                      *German American Capital*
AKERMAN LLP                                           *Corporation and Christiana Trust*

                                                      GERRARD, COX & LARSEN

/s/ Scott Robert Lachman
SCOTT ROBERT LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200                 /s/ Fredrick J. Biedermann
Las Vegas, NV 89134                                   FREDRICK J. BIEDERMANN, ESQ.
702-634-5021                                          Nevada Bar No. 11918
scott.lachman@akerman.com                             2450 St. Rose Parkway, Suite 200
*Attorney for Defendant*                              Henderson, NV 89074
*Bank of America, N.A.*                               702-796-4000
                                                      702-796-4848 (fax)
                                                      fbiedermann@gerrard-cox.com
                                                      *Attorneys for Defendants*
                                                      *2014-3 IH Equity Owner, LP,*
                                                      *2014-3 IH Property Holdco, LP,*
                                                      *THR Nevada II, LP, THR Property*
                                                      *Borrower, LP, THR Property*
                                                      *Guarantor, LP and THR Property*
                                                      *Holdco, LP*

                                                      **IT IS SO ORDERED.**

                                                      By: _____
                                                           Judge, U.S. District Court

                                                      Dated: ____April 24, 2020____

7832 Marksville

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____24th_____ day of April, 2020, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND DEADLINE FOR PRETRIAL ORDER(Second Request)** to the following parties:

Matthew K Schriever
HUTCHISON & STEFFEN
10080 W ALTA DR, STE 200
LAS VEGAS, NV 89145
702-385-2500
702-385-2086 (fax)
mschriever@hutchlegal.com
*Attorneys for Defendants*
*2014-3 IH Borrower, LP,*
*German American Capital*
*Corporation and Christiana Trust*

William Shane Habdas
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
william.habdas@akerman.com
*Attorney for Defendant*
*Bank of America, N.A.*

Darren T Brenner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Defendant*
*Bank of America, N.A.*

Scott Robert Lachman
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5021
scott.lachman@akerman.com
*Attorney for Defendant*
*Bank of America, N.A.*

Douglas D. Gerrard
Gerrard, Cox & Larsen
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
702-796-4000
702-796-4848 (fax)
dgerrard@gerrard-cox.com
*Attorneys for Defendants*
*2014-3 IH Equity Owner, LP,*
*2014-3 IH Property Holdco, LP,*
*THR Nevada II, LP, THR Property*
*Borrower, LP, THR Property*
*Guarantor, LP and THR Property*
*Holdco, LP*

Fredrick J. Biedermann
Gerrard, Cox & Larsen
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
702-796-4000
702-796-4848 (fax)
fbiedermann@gerrard-cox.com
*Attorneys for Defendants*
*2014-3 IH Equity Owner, LP,*
*2014-3 IH Property Holdco, LP,*
*THR Nevada II, LP, THR Property*
*Borrower, LP, THR Property*
*Guarantor, LP and THR Property*
*Holdco, LP*

John T Steffen
Hutchison & Steffen, LLC
10080 W. Alta Drive
Suite 200
Las Vegas, NV 89145
702-385-2500
702-385-2086 (fax)
jsteffen@hutchlegal.com
*Attorneys for Defendants*
*2014-3 IH Borrower, LP,*
*German American Capital*
*Corporation and Christiana Trust*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU &
ASSOCIATES, LTD.

7832 Marksville