DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,

Plaintiff,

vs.

2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; BANK OF AMERICA, NA, a National Banking Association; MERIDIAN FORECLOSURE SERVICE, a California corporation; THR NEVADA II, LP a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware limited partnership; THR PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH LP, a Delaware limited partnership; 2014-3 IH BORROWER, LP, a Delaware limited partnership; GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation; CHRISTIANA TRUST, an unknown business entity; DOE individuals I through XX; and ROE CORPORATIONS I through XX,

Defendants.

Case No.: 2:15-cv-00917-GMN-NJK

**STIPULATION TO EXTEND REPLY DEADLINE IN SUPPORT OF BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)**

Bank of America, N.A. (**BANA**) and THR Nevada II, LP (**THR2**), 2014-3 IH Borrower, 2014-13 IH Equity Owner, LP, THR Property Borrower, LP, THR Property Guarantor, LP, THR Property Holdco, LP, and 2014-3 IH Property Holdco, LP (the THR and IH entities collectively, **THR entities**) stipulate to extend BANA's deadline to reply to its summary judgment motion by three weeks. [ECF No. 87].

BANA filed its summary judgment motion on September 12, 2019. [*Id.*]. After several extensions and a settlement conference, the THR entities filed its response to the motion on May 7, 2020. [ECF No. 126]. BANA's reply is presently due on May 21, 2020. If allowed a three-week extension, the deadline to reply would be June 11, 2020. This is the first request to extend this deadline.

Good cause exists to extend this deadline due to the complex and novel issues surrounding dual NRS 116 and 107 sales. No party will be prejudiced by a three-week extension.

Dated May 18, 2020.

**AKERMAN LLP**

*/s/ Scott Lachman*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

**GERRARD, COX & LARSEN**

*/s/ Frederick J. Biedermann*
DOUGLAS D. GERRARD, ESQ.
Nevada Bar No. 4613
FREDERICK J. BIEDERMANN, ESQ.
Nevada Bar No. 11918
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074

*Attorneys for 2014-13 IH Equity Owner, LP, THR Nevada II, LP, THR Property Borrower, LP, THR Property Guarantor, LP, THR Property Holdco, LP, and 2014-3 IH Property Holdco, LP*

**ORDER**

IT IS HEREBY ORDERED that the above stipulation to extend reply deadline in support of Bank of America, N.A.'s motion for summary judgment until June 11, 2020 is GRANTED.

Dated this 19 day of May, 2020.

Gloria M. Navarro, District Judge
United States District Court

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572