Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Fredrick J. Biedermann, Esq.
Nevada Bar No. 11918
fbiedermann@gerrard-cox.com
**GERRARD, COX & LARSEN**
2450 St. Rose Pkwy., Suite 200
Henderson, NV 89074
Telephone: (702) 796-4000
*Attorneys for Defendants*
*2014-1 IH Equity Owner, LP*
*THR Nevada II, LP, THR Property Borrower, LP,*
*THR Property Guarantor, LP,*
*THR Property Holdco, LP, and*
*2014-1 IH Property Holdco, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS DEVELOPMENTAL GROUP, LLC, a Nevada limited liability company<br><br>                    Plaintiff,<br><br>vs.<br><br>2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; BANK OF AMERICA, na, National Banking Association; MERIDIAN FORECLOSURE SERVICE, a California Corporation; ARNOLD DUMLAO, an individual; JOCELYN DILAG, an individual; THR NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware Limited partnership; THR PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership, 2014-1 IH BORROWER, LP, a Delaware limited partnership; GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>                    Defendants. | Case No.: 2:15-cv-00917-GMN-NJK<br><br>**STIPULATION TO CONTINUE TRIAL DATE**<br><br>**[ECF NO. 150]**<br><br>*FIRST  REQUEST* |

Defendants  2014-3 IH BORROWER,  LP, a Delaware limited partnership 2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; THR NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware Limited partnership; THR PROPERTY HOLDCO,

LP, a Delaware limited partnership; and 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership, (referred to collectively as "Invitation Homes Defendants"), BANK OF AMERICA, N.A. ("BANA"), and Plaintiff LAS VEGAS DEVELOPMENT GROUP, LLC, by and through their respective counsel of record, do hereby hereby stipulate and agree as follows:

1. On August 27, 2021, this Court entered an Minute Order In Chambers [ECF No. 146] setting a Master Trial Scheduling Conference for September 27, 2021 before United States District Judge Andrew P. Gordon to set a trial date for the October 18/October 19 stack.

2. The parties believed that they would be able to appear at this Scheduling Conference and find a trial date which worked for all parties.

3. As all trials were pushed back for the last eighteen months due to COVID, the parties have extremely packed trial calendars as all state and federal courts are simultaneously trying to move the backlog of cases on their dockets.

4. As a result of crowded calendars, the parties anticipated working out a trial date at the Scheduling Conference.

5. On September 22, 2021, this Court entered an Minute Order In Chambers [ECF No. 149] indicating that the Joint Pre-Trial Order [ECF No. 145] incorrectly set this matter for a jury trial when no jury demand has been filed. Since this case is set for a bench trial, the Court vacated the Master Trial Scheduling Conference and set the above referenced matter for a trial date commencing on Monday, October 18, 2021.

6. Gerrard Cox Larsen, counsel for most of the Defendants, already has two state court trials scheduled in October and one scheduled for the first week of November.

7. In addition, Douglas D. Gerrard, Esq., lead attorney, for these Defendants will be out of country on the week of October 18, 2021 to October 22, 2021 for a trip planned and paid for more than a year ago.

8. The parties have met and conferred with each other and with this Court's deputy courtroom clerk to find a date which works for the Court and for all counsel and they have determined that January 24, 2022 works for all parties and the Court.

9. Based upon the foregoing, the parties hereto stipulate and request that the trial date currently set for October 18, 2021 be continued to **January 24, 2022** and that the Court set a new calendar call date pursuant to the new trial date.

10. This Stipulation is made in good faith and not for purpose of delay.

Dated this 24th day of September, 2020.

**GERRARD COX LARSEN**

/s/ Douglas D. Gerrard, Esq.
_____
Douglas D. Gerrard, Esq. (4613)
Fredrick J. Biedermann, Esq. (11918)
2450 Saint Rose Pkwy., Suite 200
Henderson, Nevada 89074
*Attorneys for Defendants /Crossclaimants THR Nevada II, THR Property Borrower THR Property Guarantor, THR Property Holdco and 2014-1 IH Property Holdco*

Dated this 24th day of September, 2020.

**AKERMAN, LLP**

/s/, Melanie Morgan, Esq.
_____
Melanie Morgan, Esq. (8215)
Scott R. Lachman, Esq. (12016)
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Defendant Bank of America, N.A.*

Dated this 24th day of September, 2020.

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

/s/ Timothy E. Rhoda, Esq.
_____
Roger P. Croteau, Esq. (4958)
Timothy E. Rhoda, Esq. (7878)
2810 W. Charleston Blvd. #75
Las Vegas, NV 89102
*Attorneys for Plaintiff Las Vegas Development Group, LLC*

Dated this 24th day of September, 2020.

**HUTCHISON & STEFFEN, PLLC**

/s/ Todd Prall, Esq.
_____
John T. Steffen, Esq. (4390)
Todd Prall, Esq. (9154)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant 2014-3 IH Borrower*

## ORDER

Based on the foregoing:

**IT IS HEREBY ORDERED** that the above Stipulation to Continue Trial Date to January 24, 2022 is **GRANTED.**

**IT IS SO ORDERED.**

Dated this  27  day of September, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of GERRARD COX LARSEN, and that on the 30th day of April, 2020 and pursuant to Fed. R. Civ. P. 5, I e-served a true and correct copy of the **STIPULATION TO CONTINUE TRIAL DATE** via the Federal Courts CM/ECF Filing System, and served the following parties addressed as follows:

Roger Croteau, Esq.
Timothy Rhoda, Esq.
ROGER P. CROTEAU & ASSOCIATES, LTD.
Email: croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
*Las Vegas Development Group, LLC*

John Steffen, Esq.
Todd W. Prall, Esq.
HUTCHISON & STEFFEN
Email: jsteffen@hutchlegal.com
Email: tprall@hutchlegal.com
*Attorneys for Defendants,*
*2014-3IH BORROWER, LP*

Ariel Stern, Esq.
Scott Lachman, Esq.
AKERMAN, LLP
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

_____
Kanani Gonzales, an employee of
GERRARD COX & LARSEN

Sent from my iPhone

Begin forwarded message:

> **From:** Tim Rhoda <tim@croteaulaw.com>
> **Date:** September 24, 2021 at 11:05:12 AM MST
> **To:** Fredrick Biedermann <fbiedermann@gerrard-cox.com>, melanie.morgan@akerman.com
> **Cc:** tprall@hutchlegal.com, CroteauLaw <croteaulaw@croteaulaw.com>, Doug Gerrard <DGerrard@gerrard-cox.com>, ariel.stern@akerman.com, lilith.xara@akerman.com, scott.lachman@akerman.com, jsteffen@hutchlegal.com
> **Subject: RE: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL**
>
> Yes, it's good to go.
>
> Tim
>
> ---
>
> **From:** Fredrick Biedermann [mailto:FBiedermann@gerrard-cox.com]
> **Sent:** Friday, September 24, 2021 10:45 AM
> **To:** melanie.morgan@akerman.com
> **Cc:** tprall@hutchlegal.com; Tim Rhoda; CroteauLaw; Doug Gerrard; ariel.stern@akerman.com; lilith.xara@akerman.com; scott.lachman@akerman.com; jsteffen@hutchlegal.com
> **Subject:** Re: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL
>
> Thank you Melanie.
>
> Tim, are you good with the changes I made? Can I add your e-signature?
>
> Fredrick Biedermann, Esq.
> Gerrard Cox Larsen
>
> Sent from my iPhone
>
>> On Sep 24, 2021, at 10:22 AM, melanie.morgan@akerman.com wrote:
>>
>> Hi Fredrick,
>>
>> No changes here.  You have approval to file with my electronic signature.
>>
>> Thanks,
>>
>> **Melanie Morgan**
>> Partner, Consumer Financial Services Practice Group
>> Akerman LLP | 1635 Village Center Circle, Suite 200 | Las Vegas, NV 89134
>> D: 702 634 5005
>> Admitted to Practice in Nevada and Texas
>> melanie.morgan@akerman.com

vCard | Profile
CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Todd W. Prall <TPrall@hutchlegal.com>
**Sent:** Thursday, September 23, 2021 9:56 PM
**To:** Fredrick Biedermann <FBiedermann@gerrard-cox.com>; 'Tim Rhoda' <tim@croteaulaw.com>; CroteauLaw <croteaulaw@croteaulaw.com>; Doug Gerrard <DGerrard@gerrard-cox.com>; Stern, Ariel (Ptnr-Las) <ariel.stern@akerman.com>; Xara, Lilith (Assoc-Las) <lilith.xara@akerman.com>; Lachman, Scott (Assoc-Las) <scott.lachman@akerman.com>; Morgan, Melanie (Ptnr-Las) <melanie.morgan@akerman.com>; John T. Steffen <jsteffen@hutchlegal.com>
**Subject:** RE: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL

[External to Akerman]

This is fine.  You can affix my e-signature.

**From:** Fredrick Biedermann <FBiedermann@gerrard-cox.com>
**Sent:** Thursday, September 23, 2021 5:46 PM
**To:** 'Tim Rhoda' <tim@croteaulaw.com>; Todd W. Prall <TPrall@hutchlegal.com>; CroteauLaw <croteaulaw@croteaulaw.com>; Doug Gerrard <DGerrard@gerrard-cox.com>; ariel.stern@akerman.com; lilith.xara@akerman.com; scott.lachman@akerman.com; melanie.morgan@akerman.com; John T. Steffen <jsteffen@hutchlegal.com>
**Subject:** RE: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL

Thank you, Tim –

I made the correction you requested.  I added language in the stipulation that the parties request that the Court set a new calendar call date.

Best regards,

_____

**Fredrick J. Biedermann, Esq.**
**GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200

Henderson, Nevada 89074
702-796-4000-Telephone
702-796-4848-Facsimile
fbiedermann@gerrard-cox.com

**NOTICE** This message is intended for the use of the individual or entity to which it is addressed and may contain attorney/client information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email or by telephone (702) 796-4000, and immediately delete this message and all its attachments.

---

**From:** Tim Rhoda <tim@croteaulaw.com>
**Sent:** Thursday, September 23, 2021 5:25 PM
**To:** Fredrick Biedermann <FBiedermann@gerrard-cox.com>; 'Todd W. Prall' <TPrall@hutchlegal.com>; CroteauLaw <croteaulaw@croteaulaw.com>; Doug Gerrard <DGerrard@gerrard-cox.com>; ariel.stern@akerman.com; lilith.xara@akerman.com; scott.lachman@akerman.com; melanie.morgan@akerman.com; John T. Steffen <jsteffen@hutchlegal.com>
**Subject:** RE: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL

This is generally okay with me, but should it provide for a calendar call date, etc. Also, please correct my office address to 2810 W. Charleston Blvd., #75, Las Vegas, NV 89102.

Tim

---

**From:** Fredrick Biedermann [mailto:FBiedermann@gerrard-cox.com]
**Sent:** Thursday, September 23, 2021 3:40 PM
**To:** 'Todd W. Prall'; Tim Rhoda; CroteauLaw; Doug Gerrard; ariel.stern@akerman.com; lilith.xara@akerman.com; scott.lachman@akerman.com; melanie.morgan@akerman.com; John T. Steffen
**Subject:** RE: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL

Counsel –

Attached is a Stipulation and Order to Continue the trial date set for October 18, 2021 to January 24, 2022. At your earliest convenience, please review and let me know if I may add your e-signature to the stipulation.

Thank you!

Best regards,

_____
**Fredrick J. Biedermann, Esq.**
**GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200

Henderson, Nevada 89074
702-796-4000-Telephone
702-796-4848-Facsimile
fbiedermann@gerrard-cox.com

**NOTICE**  This message is intended for the use of the individual or entity to which it is addressed and may contain attorney/client information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email or by telephone (702) 796-4000, and immediately delete this message and all its attachments.

**From:** Todd W. Prall <TPrall@hutchlegal.com>
**Sent:** Thursday, September 23, 2021 1:16 PM
**To:** Fredrick Biedermann <FBiedermann@gerrard-cox.com>; 'Tim Rhoda' <tim@croteaulaw.com>; CroteauLaw <croteaulaw@croteaulaw.com>; Doug Gerrard <DGerrard@gerrard-cox.com>; ariel.stern@akerman.com; lilith.xara@akerman.com; scott.lachman@akerman.com; melanie.morgan@akerman.com; John T. Steffen <jsteffen@hutchlegal.com>
**Subject:** RE: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL

Yes.  January 24, 2022 works for us as well.

**From:** Fredrick Biedermann <FBiedermann@gerrard-cox.com>
**Sent:** Thursday, September 23, 2021 12:40 PM
**To:** 'Tim Rhoda' <tim@croteaulaw.com>; Todd W. Prall <TPrall@hutchlegal.com>; CroteauLaw <croteaulaw@croteaulaw.com>; Doug Gerrard <DGerrard@gerrard-cox.com>; ariel.stern@akerman.com; lilith.xara@akerman.com; scott.lachman@akerman.com; melanie.morgan@akerman.com; John T. Steffen <jsteffen@hutchlegal.com>
**Subject:** RE: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL

Tim and Todd –

Are you both available to do this trial on January 24, 2022 ?

Best regards,

_____
**Fredrick J. Biedermann, Esq.**
**GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
702-796-4000-Telephone
702-796-4848-Facsimile
fbiedermann@gerrard-cox.com

**NOTICE**  This message is intended for the use of the individual or entity to which it is addressed and may contain attorney/client information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email or by telephone (702) 796-4000, and immediately delete this message and all its attachments.

**From:** Tim Rhoda <tim@croteaulaw.com>
**Sent:** Thursday, September 23, 2021 11:46 AM
**To:** Todd W. Prall <TPrall@hutchlegal.com>; Fredrick Biedermann <FBiedermann@gerrard-cox.com>; CroteauLaw <croteaulaw@croteaulaw.com>; Doug Gerrard <DGerrard@gerrard-cox.com>; ariel.stern@akerman.com; lilith.xara@akerman.com; scott.lachman@akerman.com; melanie.morgan@akerman.com; John T. Steffen <jsteffen@hutchlegal.com>
**Subject:** RE: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL

If November 1 works for Akerman, I think we can make it work as well.   We do have a state court trial scheduled to commence on a 2 week stack beginning on November 1.   However, we can presumably work around that one if this is scheduled as a firm date.

Tim

**From:** Todd W. Prall [mailto:TPrall@hutchlegal.com]
**Sent:** Thursday, September 23, 2021 11:30 AM
**To:** Fredrick Biedermann; Tim Rhoda; CroteauLaw; Doug Gerrard; ariel.stern@akerman.com; lilith.xara@akerman.com; scott.lachman@akerman.com; melanie.morgan@akerman.com; John T. Steffen
**Subject:** RE: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL

November 1 works for us.

**From:** Fredrick Biedermann <FBiedermann@gerrard-cox.com>
**Sent:** Thursday, September 23, 2021 11:28 AM
**To:** 'Tim Rhoda' <tim@croteaulaw.com>; Todd W. Prall <TPrall@hutchlegal.com>; CroteauLaw <croteaulaw@croteaulaw.com>; Doug Gerrard <DGerrard@gerrard-cox.com>; ariel.stern@akerman.com; lilith.xara@akerman.com; scott.lachman@akerman.com; melanie.morgan@akerman.com; John T. Steffen <jsteffen@hutchlegal.com>
**Subject:** RE: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL

Counsel –

Are you all available to move the trial to November 1, 2021?

I will put together a Stipulation and Order today.  Please respond at your earliest convenience.

Best regards,
_____

**Fredrick J. Biedermann, Esq.**
**GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
702-796-4000-Telephone
702-796-4848-Facsimile
fbiedermann@gerrard-cox.com

**NOTICE**  This message is intended for the use of the individual or entity to which it is addressed and may contain attorney/client information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email or by telephone (702) 796-4000, and immediately delete this message and all its attachments.

---

**From:** Tim Rhoda <tim@croteaulaw.com>
**Sent:** Thursday, September 23, 2021 11:12 AM
**To:** Todd W. Prall <TPrall@hutchlegal.com>; Fredrick Biedermann <FBiedermann@gerrard-cox.com>; CroteauLaw <croteaulaw@croteaulaw.com>; Doug Gerrard <DGerrard@gerrard-cox.com>; ariel.stern@akerman.com; lilith.xara@akerman.com; scott.lachman@akerman.com; melanie.morgan@akerman.com; John T. Steffen <jsteffen@hutchlegal.com>
**Subject:** RE: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL

No problem here with working to find a mutually agreeable date.

Tim

---

**From:** Todd W. Prall [mailto:TPrall@hutchlegal.com]
**Sent:** Thursday, September 23, 2021 8:40 AM
**To:** Fredrick Biedermann; CroteauLaw; Doug Gerrard; ariel.stern@akerman.com; lilith.xara@akerman.com; scott.lachman@akerman.com; melanie.morgan@akerman.com; John T. Steffen; Tim Rhoda
**Subject:** RE: 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL

Fred.

We are happy to accommodate.  My schedule is generally open during in November up to the week of Thanksgiving.  I would advise getting a stipulation on as soon as possible.  Please prepare one for us to review.

**From:** Fredrick Biedermann <FBiedermann@gerrard-cox.com>
**Sent:** Wednesday, September 22, 2021 5:32 PM
**To:** croteaulaw@croteaulaw.com; Doug Gerrard <DGerrard@gerrard-cox.com>; ariel.stern@akerman.com; lilith.xara@akerman.com; scott.lachman@akerman.com; melanie.morgan@akerman.com; John T. Steffen <jsteffen@hutchlegal.com>; Todd W. Prall <TPrall@hutchlegal.com>; Tim Rhoda (tim@croteaulaw.com) <tim@croteaulaw.com>
**Subject:** 15118 - FW: Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing - STIPULATION TO CONTINUE TRIAL

Counsel –

As you saw by the email below, the Court set a firm trial date in the above referenced matter.  We need to move this trial date to sometime in November as Doug will be out of the country on the week of October 18.  When Doug responded to the Court the other day that we were ready for trial, it was his understanding that we would discuss setting a trial date at the September 27, 2021 hearing.  Will you all Stipulate to move this trial to November or December? And if so, what weeks in November and December are you all available?

Please respond at your earliest convenience as we have until October 11, 2021 to file a stipulation with the court to continue to the trial date.

Best regards,

_____

**Fredrick J. Biedermann, Esq.**
**GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
702-796-4000-Telephone
702-796-4848-Facsimile
fbiedermann@gerrard-cox.com

**NOTICE**  This message is intended for the use of the individual or entity to which it is addressed and may contain attorney/client information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email or by telephone (702) 796-4000, and immediately delete this message and all its attachments.

**From:** cmecf@nvd.uscourts.gov <cmecf@nvd.uscourts.gov>
**Sent:** Wednesday, September 22, 2021 2:38 PM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:15-cv-00917-GMN-NJK Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al Minute Order Setting Hearing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 9/22/2021 at 2:38 PM PDT and filed on 9/22/2021

**Case Name:** Las Vegas Development Group, LLC v. 2014-3 IH Equity Owner, LP et al
**Case Number:** 2:15-cv-00917-GMN-NJK
**Filer:**
**Document Number:** 149(No document attached)

**MINUTE ORDER IN CHAMBERS of the Honorable Judge Gloria M. Navarro on 9/22/2021. By Deputy Clerk: Aaron Blazevich.**

**On February 18, 2021, the Court entered the [145] Joint Pretrial Order and this matter was incorrectly set for a jury trial when no jury demand has been filed. Since this case is set for a bench trial, there is no need for the parties to appear at the Master Trial Scheduling Conference before Judge Gordon. Accordingly, IT IS HEREBY ORDERED that the Master Trial Scheduling Conference set for 9/27/2021 at 10:00 a.m. is VACATED. IT IS FURTHER ORDERED that Calendar Call is set for 10/12/2021 at 9:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro and Bench Trial is set for 10/18/2021 at 8:30 a.m. in Courtroom 7D before Judge Gloria M. Navarro.**

**(no image attached) (Copies have been distributed pursuant to the NEF - ASB)**

**2:15-cv-00917-GMN-NJK Notice has been electronically mailed to:**

Douglas D. Gerrard   dgerrard@gerrard-cox.com, emedellin@gerrard-cox.com, fbiedermann@gerrard-cox.com, gmilne@gerrard-cox.com, jlangeveld@gerrard-cox.com, kgonzales@gerrard-cox.com, kjohnson@gerrard-cox.com

John T Steffen   jsteffen@hutchlegal.com

Roger P. Croteau   croteaulaw@croteaulaw.com, receptionist@croteaulaw.com

Timothy Rhoda     croteaulaw@croteaulaw.com, receptionist@croteaulaw.com

Melanie D Morgan     melanie.morgan@akerman.com, akermanlas@akerman.com, jennifer.richardson@akerman.com

Todd W Prall     tprall@hutchlegal.com, csimmons@hutchlegal.com, mcarnate@hutchlegal.com

Matthew K Schriever     mschriever@hutchlegal.com, bbenitez@hutchlegal.com

Scott Robert Lachman     scott.lachman@akerman.com, akermanlas@akerman.com, elizabeth.streible@akerman.com

Lilith Xara     lilith.xara@akerman.com, akermanlas@akerman.com, erin.abugow@akerman.com, jennifer.richardson@akerman.com, tracey.wayne@akerman.com

Fredrick J Biedermann     fbiedermann@gerrard-cox.com

**2:15-cv-00917-GMN-NJK Notice has been delivered by other means to:**

Christiana Trust

German American Capital Corporation

Todd W. Prall
Senior Counsel
<image001.jpg>

HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.

Todd W. Prall
Senior Counsel
<image001.jpg>

HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.

Todd W. Prall
Senior Counsel
<image001.jpg>

HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.

Todd W. Prall
Senior Counsel
<image002.png>

HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.