ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, | ) ) ) |
| Plaintiff, | ) ) Case No.   2:15-cv-00917-GMN-NJK |
| vs. | ) ) ) |
| 2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; BANK OF AMERICA, NA, a National Banking Association; MERIDIAN FORECLOSURE SERVICE, a California corporation; THR NEVADA II, LP a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware limited partnership; THR PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH BORROWER, LP, a Delaware limited partnership; GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation; CHRISTIANA TRUST, an unknown business entity; DOE individuals I through XX; and ROE CORPORATIONS I through XX, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION TO DISMISS AS TO BANK OF AMERICA, N.A.**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, and Defendant, BANK OF AMERICA, N.A., by and through their undersigned counsel, and hereby stipulate and

Page 1 of  4

7832 Marksville

agree as follows:

1. The instant action is primarily a quiet title action related to real property commonly known as 7832 Marksville Street, Las Vegas, Nevada 89149, Assessor Parcel No. 125-18-512-079 (*"the "Property"*). Defendant, Bank of America, N.A. (*"BANA"*) formerly held a deed of trust recorded against the Property in the Official Records of the Clark County Recorder as Instrument No. 200701050001709 (*"First Deed of Trust"*).

2. The Property was the subject of a homeowners association lien foreclosure sale dated June 7, 2011 (*"HOA Foreclosure Sale"*). Plaintiff purchased the Property at the time of the HOA Foreclosure Sale. Thereafter, Meridian Foreclosure Service purported to foreclose upon the First Deed of Trust on December 3, 2012 (*"Bank Foreclosure Sale"*). Defendant, THR Nevada II, LP purported to purchase the Property at the Bank Foreclosure Sale and on December 21, 2012, a Trustee Deed was recorded in the Official Records of the Clark County Recorder as Instrument No. 201212210003995, purportedly vesting title to the Property in the name of THR Nevada II, LP. The Property was thereafter the subject of a number of transfers before eventually being conveyed back to THR Nevada II, LP, which currently continues to possess record title.

3. BANA does not currently claim to possess any interest in the Property.

4. Plaintiff and BANA have entered into a confidential settlement agreement which resolves Plaintiff's claims related to the Property as to BANA only.

5. Pursuant to the parties' settlement agreement, the instant action shall be dismissed as to BANA only, with each party bearing its own attorneys' fees and costs. No other claims remain pending against BANA and its dismissal will relieve it of further obligation to participate in this action as a party defendant.

//
//
//

6.  This Stipulation is made in good faith and not in order to prejudice any party.

Dated this ___2nd___ day of June, 2022.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Plaintiff***
***Las Vegas Development Group, LLC***

AKERMAN LLP

/s/ *Scott Robert Lachman*
SCOTT ROBERT LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
702-634-5021
scott.lachman@akerman.com
***Attorney for Defendant***
***Bank of America, N.A.***

**IT IS SO ORDERED.**

Dated this __3__ day of June, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __2nd__ day of June, 2022, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO DISMISS AS TO BANK OF AMERICA, N.A.** to the following parties:

Matthew K Schriever
HUTCHISON & STEFFEN
10080 W ALTA DR, STE 200
LAS VEGAS, NV 89145
702-385-2500
702-385-2086 (fax)
mschriever@hutchlegal.com
*Attorneys for Defendants*
*2014-3 IH Borrower, LP,*
*German American Capital*
*Corporation and Christiana Trust*

William Shane Habdas
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
william.habdas@akerman.com
*Attorney for Defendant*
*Bank of America, N.A.*

Darren T Brenner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Defendant*
*Bank of America, N.A.*

Scott Robert Lachman
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5021
scott.lachman@akerman.com
*Attorney for Defendant*
*Bank of America, N.A.*

Douglas D. Gerrard
Gerrard, Cox & Larsen
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
702-796-4000
702-796-4848 (fax)
dgerrard@gerrard-cox.com
*Attorneys for Defendants*
*2014-3 IH Equity Owner, LP,*
*2014-3 IH Property Holdco, LP,*
*THR Nevada II, LP, THR Property*
*Borrower, LP, THR Property*
*Guarantor, LP and THR Property*
*Holdco, LP*

Fredrick J. Biedermann
Gerrard, Cox & Larsen
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
702-796-4000
702-796-4848 (fax)
fbiedermann@gerrard-cox.com
*Attorneys for Defendants*
*2014-3 IH Equity Owner, LP,*
*2014-3 IH Property Holdco, LP,*
*THR Nevada II, LP, THR Property*
*Borrower, LP, THR Property*
*Guarantor, LP and THR Property*
*Holdco, LP*

John T Steffen
Hutchison & Steffen, LLC
10080 W. Alta Drive
Suite 200
Las Vegas, NV 89145
702-385-2500
702-385-2086 (fax)
jsteffen@hutchlegal.com
*Attorneys for Defendants*
*2014-3 IH Borrower, LP,*
*German American Capital*
*Corporation and Christiana Trust*

        /s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

7832 Marksville