ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>2014-3 IH EQUITY OWNER, LP, a Delaware limited partnership; BANK OF AMERICA, NA, a National Banking Association; MERIDIAN FORECLOSURE SERVICE, a California corporation; THR NEVADA II, LP a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware limited partnership; THR PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-3 IH BORROWER, LP, a Delaware limited partnership; GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation; CHRISTIANA TRUST, an unknown business entity; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>  Defendants. | Case No.   2:15-cv-00917-GMN-NJK |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, and

Defendants, 2014-3 IH EQUITY OWNER, LP; THR NEVADA II, LP; THR PROPERTY

Page 1 of  5

7832 Marksville

BORROWER, LP; THR PROPERTY GUARANTOR, LP; THR PROPERTY HOLDCO, LP; 2014-3 IH PROPERTY HOLDCO, LP; 2014-3 IH BORROWER, LP; GERMAN AMERICAN CAPITAL CORPORATION; and CHRISTIANA TRUST, and hereby stipulate and agree as follows:

1. The instant action is primarily a quiet title action related to real property commonly known as 7832 Marksville Street, Las Vegas, Nevada 89149, Assessor Parcel No. 125-18-512-079 (*"the "Property"*).  Defendant, Bank of America, N.A. (*"BANA"*) formerly held a deed of trust recorded against the Property in the Official Records of the Clark County Recorder as Instrument No. 200701050001709  (*"First Deed of Trust"*).

2. The Property was the subject of a homeowners association lien foreclosure sale dated June 7, 2011 (*"HOA Foreclosure Sale"*).  Plaintiff purchased the Property at the time of the HOA Foreclosure Sale.  Thereafter, Meridian Foreclosure Service purported to foreclose upon the First Deed of Trust on December 3, 2012 (*"Bank Foreclosure Sale"*).  Defendant, THR Nevada II, LP purported to purchase the Property at the Bank Foreclosure Sale and on December 21, 2012, a Trustee Deed was recorded in the Official Records of the Clark County Recorder as Instrument No. 201212210003995, purportedly vesting title to the Property in the name of THR Nevada II, LP.   The Property was thereafter the subject of a number of transfers before eventually being conveyed back to THR Nevada II, LP, which currently continues to possess record title.

3. Defendant, Bank of America, N.A., has been previously dismissed from this action.  The remaining parties have entered into a settlement which resolves this matter in its entirety.

4. Title to the Property shall be quieted in the name of THR Nevada II, LP, free and clear of any interest of the Plaintiff, Las Vegas Development Group, LLC, or anyone claiming an interest in the Property through the Plaintiff.

5. The Lis Pendens recorded against the Property by the Plaintiff on March 20, 2015,

      as Doc #20150320-0001997 shall be expunged and released.

6.    The instant action shall be dismissed with prejudice in its entirety, including all remaining claims, counterclaims and crossclaims, with each party bearing its own attorneys' fees and costs.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

7832 Marksville

7. All matters at issue herein having been resolved, the instant matter shall be closed.

Dated this   20th   day of September, 2023.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | HUTCHISON & STEFFEN, PLLC |
|---|---|
| /s/ *Timothy E. Rhoda*<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 West Charleston Blvd. #67<br>Las Vegas, Nevada 89102<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Plaintiff***<br>***Las Vegas Development Group, LLC*** | /s/ *Todd Prall*<br>TODD WILSON PRALL, ESQ.<br>Nevada Bar No. 9154<br>10080 West Alta Drive<br>Ste 200<br>Las Vegas, NV 89145<br>702-385-2500<br>702-385-2086 (fax)<br>tprall@hutchlegal.com<br>***Attorneys for Defendant***<br>***2014-3 IH Borrower, LP*** |

GERRARD, COX & LARSEN

/s/ *Douglas D. Gerrard*
DOUGLAS D. GERRARD, ESQ.
Nevada Bar No. 4613
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
702-796-4000
702-796-4848 (fax)
dgerrard@gerrard-cox.com
***Attorneys for Defendants***
***2014-3 IH Equity Owner, LP,***
***2014-3 IH Property Holdco, LP,***
***THR Nevada II, LP, THR Property***
***Borrower, LP, THR Property***
***Guarantor, LP and THR Property***
***Holdco, LP***

**IT IS SO ORDERED.**

By: _____
    Judge, U.S. District Court

Dated: __September 23, 2023__

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  20th  day of September, 2023, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** to the following parties:

Todd Wilson Prall
Hutchison & Steffen, PLLC
10080 West Alta Drive
Ste 200
Las Vegas, NV 89145
702-385-2500
702-385-2086 (fax)
tprall@hutchlegal.com
***Attorneys for Defendants***
***2014-3 IH Borrower, LP***

Lilith Xara
Akerman, LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
lilith.xara@akerman.com
***Attorney for Defendant***
***Bank of America, N.A.***

Scott Robert Lachman
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5021
scott.lachman@akerman.com
***Attorney for Defendant***
***Bank of America, N.A.***

Melanie D Morgan
Akerman LLP
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
***Attorney for Defendant***
***Bank of America, N.A.***

Douglas D. Gerrard
Gerrard, Cox & Larsen
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
702-796-4000
702-796-4848 (fax)
dgerrard@gerrard-cox.com
***Attorneys for Defendants***
***2014-3 IH Equity Owner, LP,***
***2014-3 IH Property Holdco, LP,***
***THR Nevada II, LP, THR Property***
***Borrower, LP, THR Property***
***Guarantor, LP and THR Property***
***Holdco, LP***

Christina H. Wang
Fidelity National Law Group
2450 St. Rose Parkway
Suite 100
Henderson, NV 89074
(702) 667-3000
702-938-8721 (fax)
christina.wang@fnf.com
***Attorneys for Defendants***
***2014-3 IH Equity Owner, LP,***
***2014-3 IH Property Holdco, LP,***
***THR Nevada II, LP, THR Property***
***Borrower, LP, THR Property***
***Guarantor, LP and THR Property***
***Holdco, LP***

John T Steffen
Hutchison & Steffen, LLC
10080 W. Alta Drive
Suite 200
Las Vegas, NV 89145
702-385-2500
702-385-2086 (fax)
jsteffen@hutchlegal.com
***Attorneys for Defendants***
***2014-3 IH Borrower, LP,***
***German American Capital***
***Corporation and Christiana Trust***

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.